UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EMERY M.L. YOUNG, | Case No. EDCV 15-00456-MWF(GJS) |
|---|---|
| Plaintiff | |
| v. | |
| TIM PEREZ, et al., | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Having reviewed the Fed. R. Civ. P. 4(m) issue on a *de novo* basis, the Court concludes that the matters set forth in the Objections do not establish good cause for Plaintiff's failure to serve Defendants Asher, Torres, and the Doe defendants.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that Defendants K. Asher, C. Torres, and DOES 1-10 are dismissed, without prejudice.

**IT IS SO ORDERED.**

DATE: April 26, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE