# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY M. L. YOUNG,<br><br>  Plaintiff<br><br>  v.<br><br>TIM PEREZ, et al.,<br><br>  Defendants. | Case No. 5:15-cv-00456 MWF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

**IT IS ADJUDGED THAT** this action is dismissed.

DATE: August 11, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE